| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 06-04463<br>Northern District of Illinois<br>Chicago<br>Tue Nov 20 13:02:05 CST 2007 | Capital One Auto Finance Department<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, Tx 76006-1347 | Deutsche Bank National Trust Company, as Tru<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 |
| HomEq Servicing<br>c/o Codilis and Assoc.<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | HomEq Servicing Corporation<br>Shawn R. Miller / Gene Clark<br>19732 MacArthur Boulevard, Suite 100<br>Irvine, CA 92612-2449 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Ameriquest Mortgage<br>505 City Pkwy W<br>Orange, CA 92868-2924 |
| Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | Bank Of America Mortga<br>475 Crosspoint Pkwy<br>Getzville, NY 14068-1609 | Capital 1 Bk<br>11013 W Broad St<br>Glen Allen, VA 23060-5937 |
| Capital 1 Fa<br>Attn- Credit Burea 3905 Dallas Pkwy<br>Plano, TX 75093-7892 | Capital One Auto Finance<br>3905 N. Dallas Parkway<br>Plano, TX 75093-7892 | Capital One Bank<br>Capital One<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091-5155 |
| Chase/cc<br>225 Chastain Meadows Ct<br>Kennesaw, GA 30144-5841 | Chrysler Financial<br>999 Oakmont Plaza Dr Ste<br>Westmont, IL 60559-5563 | Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Er Solutions<br>PO Box 9004<br>Renton, WA 98057-9004 | Fcnb/spiegel/ebauer/nwptnews<br>9300 Sw Gemini Dr<br>Beaverton, OR 97078-0001 |
| Finger Furniture<br>Po Box 981400<br>El Paso, TX 79998-1400 | First Consumers National Bank<br>101 Crossway Park West<br>Woodbury, NY 11797-2020 | First Usa Bank<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 |
| First Usa Bank N A<br>3565 Piedmont Rd Ne<br>Atlanta, GA 30305-4613 | Ford Motor Credit<br>Pob 542000<br>Omaha, NE 68154-8000 | Fremont Investment & L<br>175 N Riverview Dr<br>Anaheim, CA 92808-1225 |
| HSBC Bank Nevada NA / HSBC Card Services III<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | HomEq Servicing<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Rd., Ste. 100<br>Burr Ridge, IL 60527-6921 | HomEq Servicing Corporation<br>19732 MacArthur Blvd Suite 100<br>Irvice, CA 92612-2449 |

| | | |
|---|---|---|
| (p)WACHOVIA BANK NA<br>P O BOX 13765<br>ROANOKE VA 24037-3765 | Home Equity Servicing Corp<br>Po Box 997126<br>Sacramento, CA 95899 | Hsbc Nv<br>16430 N Scottsdale Rd<br>Scottsdale, AZ 85254-1518 |
| Hsbc Nv<br>Po Box 19360<br>Portland, OR 97280-0360 | Hsbc/carsn<br>140 W Industrial Dr<br>Elmhurst, IL 60126-1602 | Jc Penney<br>Po Box 981127<br>El Paso, TX 79998-1127 |
| John P. Carlin #<br>Macey & Aleman<br>20 W. Kinzie<br>13th Floor<br>Chicago, IL 60610-6392 | Litton Loan Servicing<br>4828 Loop Central Dr<br>Houston, TX 77081-2166 | Metris Receivables Inc /Direct Merchants<br>Credit Card Bank N A by eCAST<br>Settlement Corporation as its agent<br>POB 35480<br>Newark NJ 07193-5480 |
| Michael E Stranski<br>Patricia M Makropoulos<br>1845 N 74th Court<br>Elmwood Park, IL 60707-3728 | Mid Oper Eng<br>6200 Joliet Rd<br>Countryside, IL 60525-3957 | Midland Cred<br>8875 Aero Dr Suite 200<br>San Diego, CA 92123-2255 |
| New Century Mortgage C<br>18400 Von Karman Ave Ste<br>Irvine, CA 92612-1514 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563-9600 | Rmi/mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 |
| Rnb-fields3<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Unvl/citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Washmtl/prov<br>4940 Johnson Dr<br>Pleasanton, CA 94588-3308 |
| Wfnnb/new York & Compa<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Wfnnb/roaman<br>Po Box 182121<br>Columbus, OH 43218-2121 | Zenith Cu<br>1900 N. Austin Ave<br>Chicago, IL 60639-5010 |
| Zenith Fcu<br>10001 W Roosevelt Ste 2<br>Westchester, IL 60154-2664 | John P Carlin<br>Chang & Carlin<br>1305 Remmington Road; Suite C<br>Schaumburg, IL 60173-4820 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Michael E Stranski<br>1845 N 74th Court<br>Elmwood Park, IL 60707-3728 | Patricia M Makropoulos<br>1845 N 74th Court<br>Elmwood Park, IL 60707-3728 | Richard Gustafson<br>Legal Helpers PC<br>20 W Kinzie<br>Suite 1300<br>Chicago, IL 60610-7065 |
| William T Neary<br>Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606-5025 | | |