IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stranski, Michael  E | Case Number:  06 B 04463 |
|---|---|---|
|  | Makropoulos, Patricia M | Judge:  Hollis, Pamela S |
|  | Printed:  2/19/08 | Filed:  4/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 7, 2008
Confirmed: September 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 60,758.91 |  |
| Secured: |  | 41,235.83 |
| Unsecured: |  | 9,699.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 2,816.24 |
| Other Funds: |  | 5,507.44 |
| Totals: | 60,758.91 | 60,758.91 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,500.00 | 1,500.00 |
| 2. | HomEq Servicing Corp | Secured | 32,658.36 | 32,658.36 |
| 3. | Capital One Auto Finance | Secured | 7,793.05 | 7,793.05 |
| 4. | HomEq Servicing Corp | Secured | 33,356.18 | 784.42 |
| 5. | Capital One | Unsecured | 1,383.30 | 1,383.30 |
| 6. | Capital One | Unsecured | 709.01 | 709.01 |
| 7. | RMI/MCSI | Unsecured | 157.81 | 157.81 |
| 8. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 9. | Capital One | Unsecured | 1,374.89 | 1,374.89 |
| 10. | Capital One | Unsecured | 798.04 | 798.04 |
| 11. | ECast Settlement Corp | Unsecured | 377.55 | 377.55 |
| 12. | ECast Settlement Corp | Unsecured | 2,297.05 | 2,297.05 |
| 13. | ECast Settlement Corp | Unsecured | 1,191.47 | 1,191.47 |
| 14. | ER Solutions | Unsecured | 1,410.28 | 1,410.28 |
| 15. | Bank Of America | Unsecured |  | No Claim Filed |
| 16. | Ameriquest Mortgage Company | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Zenith Federal Credit Union | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 21. | Citibank | Unsecured |  | No Claim Filed |
| 22. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 23. | Finger Furniture | Unsecured |  | No Claim Filed |
| 24. | First Usa Bank N A | Unsecured |  | No Claim Filed |
| 25. | DaimlerChrysler Servs North America | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stranski, Michael E | Case Number: 06 B 04463 |
|---|---|---|
| | Makropoulos, Patricia M | Judge: Hollis, Pamela S |
| | Printed: 2/19/08 | Filed: 4/21/06 |

| | | | | |
|---|---|---|---|---|
| 26. | First Usa Bank N A | Unsecured | | No Claim Filed |
| 27. | FCNb N News | Unsecured | | No Claim Filed |
| 28. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 29. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 30. | Litton Loan Servicing | Unsecured | | No Claim Filed |
| 31. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 32. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 33. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | Mid Oper Eng | Unsecured | | No Claim Filed |
| 36. | Midland Credit Management | Unsecured | | No Claim Filed |
| 37. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 38. | New Century Mortgage | Unsecured | | No Claim Filed |
| 39. | UNVL/CITI | Unsecured | | No Claim Filed |
| 40. | Mid Oper Eng | Unsecured | | No Claim Filed |
| 41. | Fremont Investment & Loan | Unsecured | | No Claim Filed |
| 42. | Roamans | Unsecured | | No Claim Filed |
| 43. | Zenith Electronics | Unsecured | | No Claim Filed |
| 44. | WF FNB/VS | Unsecured | | No Claim Filed |
| 45. | Nicor Gas | Unsecured | | No Claim Filed |
| 46. | Providian Bank | Unsecured | | No Claim Filed |
| 47. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 85,006.99 | $ 52,435.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 10.90 |
| 5% | 39.33 |
| 4.8% | 1,315.34 |
| 5.4% | 1,450.67 |
| | _____ |
| | $ 2,816.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: